PEERLESS GLASS COMPANY, INC., Respondent, v. NATIONAL MAGNESIA Co., INC., Appellant.— Order denying defendant's motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein.

No opinion. Lazansky, P. J., Rich, Young, Hagarty and Tompkins, JJ., concur.